Name: Alexander von Brandenfels
Address: 1338 York St, San Francisco, CA, 94110
Phone Number: (302) 648-6020
E-mail Address: a.von.brandenfels@gmail.com

*Pro Se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alexander von Brandenfels, | Case Number: 20-cv-411-SVK |
| Plaintiff, | [~~PROPOSED~~] **ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| vs.<br>Roomster Corp.,<br>John S. Shriber,<br>Roman Zaks, | DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 22, 2020

_____
United States District/Magistrate Judge