UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARTIN VON BRANDENFELS,<br><br>Plaintiff,<br><br>v.<br><br>ROOMSTER CORP,<br><br>Defendant. | Case No. 20-cv-00411-SVK<br><br>**ORDER TERMINATING MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE**<br><br>Re: Dkts. No. 19, 20 |

On January 21, 2020, Plaintiff Alexander Martin von Brandenfels filed this action against Defendants Roomster Corp., John S. Shriber ("Shriber"), and Roman Zaks ("Zaks"). Dkt. 1. On February 25, 2020, Defendant Roomster Corp. filed an answer to Plaintiff's complaint. Dkt. 18. That same day, Defendants Shriber and Zaks filed a motion to dismiss Plaintiff's complaint against them pursuant to Federal Rule of Civil Procedure 12(b)(2) (Dkt. 19) and a request for judicial notice (Dkt. 20). On March 10, 2020, Plaintiff voluntarily dismissed Defendants Shriber and Zaks as permitted under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 22. As a result, the Court terminates Shriber and Zaks' motion to dismiss (Dkt. 19) and the request for judicial notice (Dkt. 20) as moot.

**SO ORDERED.**

Dated: March 11, 2020

SUSAN VAN KEULEN
United States Magistrate Judge