UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARTIN VON BRANDENFELS,<br><br>          Plaintiff,<br><br>     v.<br><br>ROOMSTER CORP,<br><br>          Defendant. | Case No.  20-cv-00411-SVK<br><br>**CASE MANAGMENT ORDER** |

A case management conference was held on April 28, 2020.  A further case management conference is set for **November 10, 2020 at 9:30 a.m**.  The parties must file a joint case management conference statement by **November 3, 2020**.

The discovery limits of the Federal Rules of Civil Procedure shall apply.

Privilege Logs: The parties need not produce or include on privilege logs any post-complaint communications with outside counsel.  Additionally, the parties should produce privilege logs in accordance with this Court's Civil Scheduling and Discovery Standing Order.

Subpoenas: In response to Plaintiff's inquiry as to the issuance of third-party subpoenas during the current public health emergency, the clerk's office will mail Plaintiff two (2) signed subpoenas.  Should Plaintiff require more, he must contact the Court at SVKCRD@cand.uscourts.gov and state the quantity and type of subpoenas needed.

In response to Defendant's inquiry regarding the use of substituted service for third-party subpoenas, the parties must proceed with in-person service as directed by Rule 45 of the Federal Rules of Civil Procedure but should inform this Court if they become aware of any authority that permits substituted service during the current shelter-in-place.

This matter has been set for trial on the following schedule:

| Scheduled Event | Deadline |
| --- | --- |
| Last Day to Amend Pleadings | April 13, 2020 |
| Close of Fact Discovery | October 31, 2020 |
| Further Case Management Conference | November 10, 2020 at 9:30 a.m. <br> Statement due: November 3, 2020 |
| Opening Expert Disclosures | November 17, 2020 |
| Deadline to Complete Court Mediation | November 30, 2020 |
| Rebuttal Disclosures | December 15, 2020 |
| Close of Expert Discovery | February 5, 2021 |
| Dispositive Motion Filing Deadline | February 19, 2021 |
| Last Day to Hear Dispositive Motions | March 30, 2021 |
| Final Pretrial Conference | June 10, 2021 at 9:30 a.m. <br> Pretrial Filings due:  May 27, 2021 <br>                           June 3, 2021 |
| Jury Trial | June 21-25, 2021 at 9:00 a.m. |

**SO ORDERED.**

Dated: April 28, 2020

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge