UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER MARTIN VON BRANDENFELS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROOMSTER CORP,<br><br>　　　　　Defendant. | Case No. 20-cv-00411-SVK<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR ALTERNATIVE SERVICE**<br><br>Re: Dkt. No. 35 |

On May 6, 2020, Defendant Roomster Corp. filed the instant ex parte application for alternative service pursuant to Rule 45 of the Federal Rules of Civil Procedure. Dkt. 35. Defendant seeks to serve a subpoena to testify at a deposition and produce documents to third-party Christina White via an email to Plaintiff, whom White is currently residing with. Dkt. 35 at 1-2; Dkt. 35-4 at 2. Defendant also asks this Court to require Plaintiff to confirm, within twenty-four (24) hours of receipt of email service, that he has provided the subpoena to White. *Id*.

Rule 45 of the Federal Rules of Civil Procedure states that "[s]erving a subpoena requires delivering a copy to the named person." Fed. R. Civ. P. 45(b)(1). "The majority of courts understand 'delivering' to require personal service of the subpoena." *Fujikura Ltd. v. Finsar Corp.*, No. 15-mc-80110-HRL (JSC), 2015 WL 5782351, at *5 (N.D. Cal. Oct. 5, 2015). However, "[c]ourts have permitted parties to serve Rule 45 subpoenas by alternative methods of service other than personal service." *Toni Brattin & Co. v. Mosaic Int'l, LLC,* No. 15-mc-80090-MEJ, 2015 WL 1844056, at *3 (N.D. Cal. April 9, 2015). "Courts are more inclined to grant such alternative service where the serving party has provided sufficient evidence of its earlier diligence in attempting to effectuate personal service." *Fujikura Ltd.,* 2015 WL 5782351, at *5. Here, Defendant has demonstrated that it has attempted personal service on White multiple times to no

avail.  Dkt. 25 at 4-6; *see also* Dkt. 35-1; Dkt. 35-2; Dkt. 35-3.  The Court also takes into consideration the impediments to personal service effected by the current COVID-19 restrictions in place in the State of California.  Accordingly, the Court **GRANTS** Defendant's application.  Defendant is **ORDERED** to serve third-party Cristina White by emailing the subpoena to Plaintiff.  Plaintiff is **ORDERED** to confirm with Defendant that he has provided the subpoena to White within twenty-four (24) hours of receipt of email service.

**SO ORDERED.**

Dated: May 15, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge

2