Alexander von Brandenfels,
1338 York St, San Francisco, CA, 94110
Tel.: (302) 648-6020
Fax: n/a
Email: a.von.brandenfels@gmail.com
Plaintiff in pro per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Alexander von Brandenfels,<br>　　Plaintiff in Pro Per,<br><br>v.<br><br>Roomster Corp.,<br>　　Defendant.<br>_____ | Case No.: 5:20-cv-00411-SVK<br><br><br><br>Judge: Hon. Susan van Keulen<br>Action filed: January 21, 2020 |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: I am the Plaintiff in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), I voluntarily dismiss this entire case. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated: May 19, 2020

　　　　　　　　　　　　　　　　　　　　　By: /s/ Alexander von Brandenfels
　　　　　　　　　　　　　　　　　　　　　Alexander von Brandenfels