GREENBERG TRAURIG, LLP
IAN C. BALLON (SBN 141819)
*Ballon@gtlaw.com*
1900 University Avenue, 5th Floor
East Palo Alto, CA 94303
Tel: 650-328-8500
Fax: 650- 462-7881

GREENBERG TRAURIG, LLP
NINA D. BOYAJIAN (SBN 246415)
*BoyajianN@gtlaw.com*
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendant Roomster Corp.

Alexander von Brandenfels
*alex.brandenfels@gmail.com*
1338 York Street
San Francisco, CA 94110
Tel: 302-648-6020

Plaintiff in Pro Per

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| Alexander von Brandenfels,<br><br>　　　　Plaintiff in Pro Per,<br><br>vs.<br><br>Roomster Corp.,<br><br>　　　　Defendant. | CASE NO.:  5:20-cv-00411-SVK<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br><br>Judge:　　　Hon. Susan Van Keulen<br>Action Filed:　January 21, 2020 |

IT IS HEREBY STIPULATED by and between plaintiff Alexander von Brandenfels and defendant Roomster Corp., through its counsel of record, that the entire action be dismissed with prejudice, with each party to bear its own costs and fees.

Dated:  May 21, 2020                              GREENBERG TRAURIG, LLP

                                                  By: /s/ Nina D. Boyajian
                                                      Nina D. Boyajian
                                                      Attorneys for Defendant Roomster Corp.

Dated:  May 21, 2020                              Alexander von Brandenfels, Plaintiff in Pro Per

                                                  By: /s/ Alexander von Brandenfels
                                                      Alexander von Brandenfels
                                                      Plaintiff in Pro Per

### ATTESTATION OF FILER

I, Alexander von Brandenfels, am the ECF user whose identification and password are being used to file this STIPULATION.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

Dated: May 21, 2020                               /s/ Alexander von Brandenfels
                                                  Alexander von Brandenfels